154 A.3d 168

STANLEY STAHL, PLAINTIFF-CROSS-RESPONDENT, v. STAHL AND DELAURENTIS, P.C., DEFENDANTS-CROSS-RESPONDENT, AND KULZER AND DIPADOVA, P.A., AND ARTHUR DIPADOVA DEFENDANTS-CROSS-PETITIONERS.

October 7, 2016

## ON CROSS PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A cross-petition for certification of the judgment in A-3978/4209-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the cross-petition for certification is denied, with costs.